STATE OF ALABAMA           )
COUNTY OF ELMORE           )

RECEIVED

2005 MAY 31  A 9:56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## AFFIDAVIT

Before me, the undersigned Notary Public, personally appeared ERIK ROZELL AIS# 209189, who being known to me, and after first being duly sworn, deposes and says as follows:

My name is Erik Rozell #209183 and I am _____ years of age and competent to testify.

On August 12, 2004 I was an inmate at the Staton Correctional Facility, and on the day in question I had been into a minor altercation with another inmate by the name of Lee Boswell in the common area, where I admit that I did take a swing at this other inmate, however, there was no fight, because the Officers were on the scene and took me and the other inmate to the shift Commandar's Office which is where I was confronted by Lt. Copeland.

Lt. Copeland asked me and the other inmate whether or not the matter was over with, because he was going to allow us to sign a living agreement and send us on our way because He had better things to do then waste his time with our foolishness.

Lt. Copeland then looked up and saw me looking at him, so he told me to stop looking at him because he didn't like me anyhow, and didn't know why I'm always hanging around on his shift. So I continued to look at Lt. Copeland because he was talking to me. Finally Lt. Copeland closed the law Library door because he was getting loud, and he screamed at me to look down at the got damn floor, and again I kept looking at the Lt. Copeland because he was still going on about not liking me, and again the Lt. Copeland told me look down at the got damn floor because you are scaring me Bitch and trying to intimadate me, and thats when Lt. Copeland attempted to knee me in the crotch area and then banged me up side the head with the side of his fist, and while Officer J.J. Richards was holding my arm against the wall, and Sgt. Sharon Rogers, Officer R. Butler, and Officer R. Kendrick stood there while Lt. Copeland was screaming and yelling in my face to look down at the floor

Page 1 of 2

*Erik Rozell* (signature)
Signature of affiant

bitch I'm getting scared, you're intimadating me, while continuing to hit me up side the head and kneeing me in the crotch area, but at no time did I do anything to provoke this assault nor did I make any attempt to resist this assault on my person by Lt. Copeland other than to twist from the kneeing of my privates parts by Lt. Copeland, and at no time did any of the Officers standing in the enclosed area attempt to intervene in the assault being committed by Lt. Copeland although they stayed until it was completed.

The Lt. Copeland then instructed the Officers to take the bitch to the infirmary and get him a body chart, and Officer J.J. Richards (the officer that was holding me against the wall while Lt. Copeland was assaulting me) took me to the infirmary where a nurse looked at my body and refused to take note of the redness on the side of my face where I had been whopped several times, and it was plain to see that I had been at least struck in the area.

When I returned from the infirmary I was told to wait in the barbershop area and left there unguarded, so I went to my dormitory and called my Mother and reported to her what had just happen to me, and that I had been assaulted by a Lt. Copeland, and my Mother called the Warden who siad that he would check into the matter.

I was called back to the shift office by Lt. Copeland and told that the other inmate didn't do anything but masturbate around the prison, and that I didn't have no business putting my hands on him. Lt. Copeland then told me that it was personal between me and him and that he was going to have me sent to Holman Prison, then Lt. Copeland sent me to my dorm.

About a hour later I was called back to the Shift Office and was served a disciplinary by Officer Jinwright for assault on another inmate. I then went into the law library to find out who all had been present in the area and witnessed the abuse by Lt.Copeland because I was already aware that Lt.Copeland's reason for closing the doors was so no one could witness the physical assault in the enclosed area outside the shift office. I sware that this statement is true and that it gives an account of the assault on me by Lt.Copeland and all of the officers that were there and allowed it to happen.

Erik Bozell
Name of Affiant (print clearly)

Erik Bozell
Affiant's Signature

Sworn to and subscribed before me this 30th day of August, 2004.

My commission expires: 1-25-05

James H. Lindsay
NOTARY PUBLIC

Elmore, Al.