STATE OF ALABAMA )
COUNTY OF __ELMORE__ )

RECEIVED

2005 MAY 31  A 9: 26

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## AFFIDAVIT

Before me, the undersigned Notary Public, personally appeared __ZAVIUS AVERETTE #217905__, who being known to me, and after first being duly sworn, deposes and says as follows:

My name is __ZAVIUS AVERETTE__ and I am __25__ years of age and competent to testify.

On August 15, 2004 I was verbally and physically assaulted by Lt. Willie Copeland who had called me off the common area hall before numerous other inmates and hit me up side the head without any provocation from me, and pushed me into the shift commandar's office where he Lt. Willie Copeland commenced to beating me into a corner of the office.

Once Lt. Copeland had beaten me into a corner between the desk and the filing cabinet, he started to kicking me, aiming at my groin section, cursing and yelling, calling me names while Officer Latimore attempted to call him (Lt. Copeland) off without success, so then Officer Latimore got on the radio and started calling for assistance to come to the shift office, because Lt. Copeland had actually got balistics with the kicking, screaming, and yelling at me while taking swings at me and kicking me back to the floor every time I attempted to rise up from the floor.

Lt. Copeland made Officer Latimore leave the office because, he instructed Officer Latimore, he didn't need any help to whip this [bitch] referring to me.

Officer Kendricks came to the office, and Lt. Copeland then instructed him to take the Bitch to the infirmary and get him a body chart, and thereafter I was placed in the hospital holding cell.

On August 18, 2004 while being held in the holding cell, Lt. Copeland came to the holding unit where I was to make a deal with me, and these were the exact words the Lt. Copeland made to me upon his entry into the area where I was being held at that time.

Page __1__ of __2__

_Zavius Averette_
Signature of affiant

Page __2__ of __2__

    Once Lt. Copeland told me that he wanted to make a deal with me, he then stated that he didn't want the issue to be pushed concerning what had taken place because he didn't want to have to go to the commissioner with the mess, so the deal was going to be that he was going to let me out of the holding cell back into the population and I was going to forget the incident happened and that would be the end of it, but I wouldn't go alng with the deal and told Lt. Copeland that he was wrong for what he had did to me and that I wasn't making any deals.

    Lt. Copeland then asked me if I knew Rozell. I said yea, I know him, and asked Lt. Copeland was he referring to the white boy that clean up around the camp, and he said yea, that's who I'm talking about, but that bitch don't be cleaning up, he be shaming around so he can fuck Sgt. Lee everyday. She must have something going on with him because she haven't wrote his ass up yet, so she must like it.

    Lt. Copeland then stated that that's alright though, I handled it, yea I handled that little bit, then I Zavius Averette asked Lt. Copeland what he meant that he hasndled it, and told me not worry about that, but he handled it.

    Lt. Copeland then went to telling me that Rozell wasn't anything like me, because all he wanted to do is fuck Sgt. Lee, while I wanted to fuck them all.

    At the time that Lt. Copeland was telling me these things I did not know that he vhad beaten up Rozell like he did me, and after I was removed from the hospital holding cell, that's when I found out that Lt. Copeland had jumpped inmate Rozell in the same area where he had jumpped me at.

    After I found out about the assault on inmate Rozell I went and found inmate Rozell to warn him about what the Lt. Copeland had told me concerning him and the reference that was made about him and Sgt. Lee, and inmate Rozell asked me to make a statement for him concerning what Lt. Copeland had said, and how he trying to get me to make a deal with him to shut up and let the incident go away, as if he had not physically assaulted me.

ZAVIUS AVERETTE #217905          /s/ _James Averett_
Name of Affiant (print clearly)              Affiant's Signature

Sworn to and subscribed before me this _21st_ day of _August_, _2004_.

My commission expires: _1-28-04_
_Elmore, Al._                    _James H. Lindsey Jr._
                                    NOTARY PUBLIC