In The District Court of The United States
For The Middle District of Alabama
Northern Division

RECEIVED
2005 JUN 22 A 9:34
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Erik Bozell, #209189,
    plaintiff,
       vs.
Willie Thomas, et al.,
    Defendants.

Civil Action No.:
2:05-CV-510-A
WO

### Request For An Extension of Time To Pay initial partial filing Fee

Now into court comes Erik Bozell the plaintiff appearing by and through pro se representation, and requests for an extension of time to pre pay the initial partial filing fee, as ordered by this court on June 9, 2005. As grounds therefore he would state that he currently has no funds in his prison account, and his mother informed him that she would mail the amount of the partial filing fee sometime after June 27, 2005. Therefore, based on these reasons plaintiff requests for a thirty day (30) extension of time in which to prepay the initial partial filing fee.    Respectfully submitted

Erik Bozell

1.   Erik Bozell

## Certificate of Service

I hereby certify that I have served a copy of the respondents Willie Thomas, et al., addressed as follows: Willie Thomas, et al. 2690 maron spillway Rd. P.O. Box 56 Elmore, Ala. 36025, with postage affixed, on this the 20th day of June, 2005.

Erik Bozell, #209189
Holman Unit 3700
Atmore, Ala.
  36503-3700

2.