| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Terry Fowler_ ☒ Agent ☐ Addressee<br>B. Received by (Printed Name) _Tiffany Loveless_<br>C. Date of Delivery 6/30/05 |
| 1. Article Addressed to:<br><br>J. J. Richards<br>Staton Correctional Facility<br>P.O. Box 56<br>Elmore, AL  36025 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>2:05CV 510-A<br>C+0   (4D) |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0001 3017 2891 |

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540