IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ERIK ROZELL #209189** | ) |
| **Plaintiff,** | ) ) ) ) |
| v. | ) CIVIL ACTION NO.: 2:05-V-510-A |
| **WILLIE THOMAS et. al.** | ) ) ) |
| **Defendants.** | ) ) |

### APPEARANCE OF COUNSEL AND MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Comes now LaVette Lyas-Brown, Assistant Attorney General, to appear as counsel of record on behalf of Defendants Willie Thomas, William Hughes, Willie Copeland and Jerry Richards. The Plaintiff and the Clerk of Court are respectfully requested to serve copies of all future pleadings, court orders and correspondence in this case on the undersigned.

The Defendants further move the Court for an extension of time in which to file a responsive pleading to the complaint and in support of said motion states the following:

1. Undersigned counsel has requested documentation from the Defendants in this case. However, to date all of the information has not yet been received. The requested documentation is necessary to provide an adequate and thorough response on behalf of the Defendants. Further, undersigned counsel has not had an opportunity to confer with her clients or examine the law regarding the allegations raised in the complaint. One

of the Defendants is currently on medical leave and will return to work next week. The Special Report and Answer in this case are due to be filed on Monday, August 8, 2005.

2. Undersigned counsel will be traveling out of the country from August 3-7, 2005. She is scheduled to return to work on August 8, 2005.

3. The Defendants assert that the Plaintiff will not be prejudiced by an extension of time in this cause.

WHEREFORE, ALL PREMISES CONSIDERED, the Defendants respectfully request an additional twenty (20) days from August 8, 2005, which is up to and including August 29, 2005 in which to file a response to the Plaintiff's complaint.

Respectfully submitted,
TROY KING (KIN 047)
ATTORNEY GENERAL


s/LaVette Lyas-Brown
LAVETTE LYAS-BROWN (LYA 001)
ASSISTANT ATTORNEY GENERAL
COUNSEL FOR THE DEFENDANTS

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of August, 2005, a true and correct copy of the foregoing has been forwarded by U.S. First Class Mail, postage prepaid and properly addressed to:

>   Erik Rozell, #209189
>   Holman Correctional Facility
>   Holman 3700
>   Atmore, AL 36503-3700


>   s/LaVette Lyas-Brown
>   LAVETTE LYAS-BROWN
>   ASSISTANT ATTORNEY GENERAL

3