**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                    TELEPHONE (334) 954-3600

August 15, 2005

## NOTICE OF REASSIGNMENT

Re:   Erik Rozell v. Willie Thomas et al
      Civil Action No.2:05cv510-A

The above-styled case has been reassigned to District Judge Mark E. Fuller

Please note that the case number is now 2:05cv510-F.  This new case number should be used on all future correspondence and pleadings in this action.


                                    Sincerely,



                                    Sheryl K. Lent
                                    Deputy Clerk