IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ERIK ROZELL | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 2:05 CV 510 - A |
| | ) |
| WILLIE THOMAS | ) |
| | ) |
| Defendants, | ) |

## AFFIDAVIT

**State of Alabama**  :

**Elmore County**  :

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Annie Latimore, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Annie Latimore. I hereby certify and affirm that I am the Alternate Custodian of Records at Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025. I am over twenty-one years of age and am competent to testify to the matters stated herein.

The attached *State of Alabama Board of Corrections Institutional Incident* number SCF-04-0778 consisting of three pages and the *Alabama Department of Corrections Disciplinary Report* number SCF-04-0778 consisting of two pages are true, exact and correct photocopies of documents maintained here in the institutional files.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at Staton Correctional Facility and that said documents and

EXHIBIT 1

entries therein were made at or reasonably near the time that such acts, events and transactions referred to therein are said to have occurred.

_____
ANNIE LATIMORE

SWORN TO and SUBSCRIBED before me this 26th day of August 2005.

_____
NOTARY PUBLIC

12-06-08
My Commission Expires:

STATE OF ALABAMA
BOARD OF CORRECTIONS

INSTITUTIONAL INCIDENT REPORT

N601
D of C
DOC No. 601 (REV. 4/81)

| 1. Institution: Staton Correctional Center | 2. Date: August 12, 2004 | 3. Time: 9:10 AM | 4. Incident Number: SCC-04- 0778 |
|---|---|---|---|
| 5. Location Where Incident Occurred: Staton Inmate Barber Shop | | 6. Type of Incident: RV#31-Assault on Another Inmate | |
| 7. Time Incident Reported: 10:00AM. | | 8. Who Received Report: Warden Willie Thomas | |

9. Victim:  a. Lee Boswell     No. B/179871
           (type full name)
        b. _____     No. _____
           (type full name)

10. Suspects:
a. Erik Rozell    No. 209189
b. _____    No. _____
c. _____    No. _____
d. _____    No. _____
e. _____    No. _____

11. Witnesses:
a. N/A    No. _____
b. _____    No. _____
c. _____    No. _____
d. _____    No. _____
e. _____    No. _____
f. _____    No. _____
g. _____    No. _____

Physical Evidence:

12. Type of Evidence: N/A
N/A

13. Description of Evidence: N/A
N/A

14. Chain of Evidence:
a. N/A
b. N/A
c. N/A
d. N/A

15. Narrative Summary:

On August 12, 2004, at approximately 9:10AM, at Staton Correctional Center Inmate Erik Rozell, AIS#-209189 and Inmate Lee Boswell, AIS#-179871, were engaged in an alleged physical altercation, in Staton's Inmate Barber Shop. Lieutenant Willie Copeland was assigned as Staton First Shift Commander. Farm Officer James Dennis escorted Inmate Rozell and Inmate Boswell to Staton Shift Commander's Office and Officer Dennis advised Lt. Copeland that the above mention inmates appeared to have been fighting. Officer Dennis said, "I didn't observed the inmates physical altercation, but Officer Dennis notice what appeared to be blood on Inmate Boswell's shirt." Lt. Copeland did observed what appeared to blood on Inmate Boswell's shirt.

Lt. Copeland questioned Inmate Rozell and Inmate Boswell concerning the alleged physical altercation. Inmate Rozell admitted to hitting Inmate Boswell. Inmate Rozell claimed that Inmate Boswell bump into Inmate Rozell. Inmate Rozell further stated that Inmate Boswell didn't apologize to Inmate Rozell and Inmate Boswell entered the Barbershop and closed the Barbershop Door in Inmate Rozell's face.

DISTRIBUTION:   ORIGINAL Investigation and Inspection Division
                COPY to Deputy Commissioner, Institutions
                COPY to Institutional File
                COPY to Central Records File

D of C - N 602

| CONTINUATION SHEET | |
|---|---|
| Institution: Staton Correctional Center | Incident Number: SCC-04- 0778 |
| Date: August 12, 2004 | Type of Incident: Rule Violation #31-Assault on Another |

Narrative Summary (Continued) Page No. 2

Inmate Rozell then said, "I went into the barber shop and hit him (Inmate Boswell) you don't disrespect me like that." Lt. Copeland told Inmate Rozell that Inmate Rozell will receive a disciplinary for rule violation #31-Assault on Another Inmate.

Inmate Boswell denied Inmate Rozell's claim. Inmate Boswell said, "I didn't bump into him (Inmate Rozell)." Inmate Boswell claimed that Inmate Boswell closed the door because it was lock down time.

Lt. Copeland paged an available rover to Staton Shift Commander's Office. Officer Jerry Richard entered the Shift Commander's Office. Lt. Copeland advised Officer Richard and Officer Dennis to escorted Inmate Rozell and Inmate Boswell to Staton Health Care Unit. The officers complied.

At approximately 9:22AM, LPN D. Austin examined Inmate Rozell and Inmate Boswell and completed a body charts. At approximately 9:40AM., Inmate Rozell and Inmate Boswell were released from Staton Health Care Unit.
See attachment.

Lt. Copeland conducted an investigation concerning the above mention incident. Lt. Copeland questioned inmates that work in the Barbershops. Lt. Copeland concluded Inmate Rozell and Inmate Boswell were not waiting to get haircuts. Inmate Rozell and Inmate Boswell were not assigned to work in the barbershop. Inmate Rozell did hit Inmate Boswell with Inmate Rozell's close hand.

At approximately 10:00AM., Inmate Rozell and Inmate Boswell were escorted into Staton Shift Commanders Officer by Officers Richard and Dennis.

Inmate Boswell and Inmate Rozell were instructed not to enter lobby area near the barber shop, unless Inmate Boswell and Inmate Rozell were get a hair cut. The inmates were instructed not to enter the lobby area near the barber shop without a valid reason.

Lt Copeland asked Inmate Rozell and Inmate Boswell could Inmate Rozell and Inmate Boswell live in peace together at Staton Correctional Center. Inmate Boswell and Inmate Rozell said, "Yes." Lt. Copeland presented a "Living Agreement" to Inmate Rozell and Inmate Boswell. Inmate Rozell refused to sign the living agreement. Lieutenant Copeland verbally instructed Inmate Boswell and Inmate Rozell not to associate with each other.

At approximately 10:30AM, Lt. Copeland released Inmate Rozell and Inmate Boswell back into Staton's inmate population.

At approximately 10:35AM, Lt. Copeland verbally notified Warden Willie Thomas of the above listed incident. No further action.

_Willie Copeland (cos)_
Lieutenant Willie Copeland


PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE 08/12/04 | TIME 9:22 AM | ORIGINATING FACILITY: Staton ☐ SIR ☐ PDL ☐ ESCAPEE ☐ Pop | ☐ SICK CALL ☐ EMERGENCY ☑ OUTPATIENT |

ALLERGIES: NKA

CONDITION ON ADMISSION: ☑ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 100.3 (ORAL) / RECTAL    RESP. 20    PULSE 111    B/P 162/84    RECHECK IF SYSTOLIC <100> 50 ___/___

**NATURE OF INJURY OR ILLNESS**
S - "Body chart per DOC's request"

ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / ___ SUTURES

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**
O - Ambulated s diff to ER. A&O x 3. Skin w/d to the touch, resp even et unlabored. Ø inj/injuries noted to upper or lower extremities.

**ORDERS / MEDICATIONS / IV FLUIDS** | TIME | BY
P - 1) HCP to review

**DIAGNOSIS**
A - Body chart

O2 98%

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 08/12/04 | TIME 9:26 AM | RELEASE / TRANSFERRED TO: Staton ☑ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE: ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE: D. Austin LPN | DATE 08/12/04 | PHYSICIAN'S SIGNATURE: R Laas, tr CRNP 8-12-04 | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE): Rozell, Erik | DOC# 209189 | DOB 04/05/80 | R/S WM | FAC. Staton |

**ALABAMA DEPARTMENT OF CORRECTION**
**DISCIPLINARY REPORT**

SCC-04-0778

DOC Form 225B (Revised 7/92)

1. INMATE: Erik Rozell    CUSTODY: Medium    AIS NO.: 209189

2. FACILITY: **Staton Correctional Facility**

3. The above named inmate is being charged by **Lieutenant Willie Copeland** with violation of rule **#31** specifically **Assault on Another Inmate** from regulation # 403, which occurred on or about **August 12, 2004** (time) **9:10AM** Location: **Staton Barber Shop** A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: **On August 12, 2004, at approximately 9:10AM, at Staton Correctional Center, Inmate Erik Rozell, AIS-209189, assaulted Inmate Lee Boswell, AIS-179871. Inmate Rozell admitted to Lieutenant Willie Copeland that Inmate Rozell did hit Inmate Boswell when Inmate Boswell bump into Inmate Rozell. Inmate Rozell did strike Inmate Boswell with Inmate Rozell's closed hand. Inmate Rozell agression caused Inmate Boswell to fear bodily harm. Therefore, Inmate Rozell is charged with RV#Rozell-31.**

5. **Lieutenant Willie Copeland**                    Willie Copeland, COSI
   Arresting Officer / Typed / Rank                  Arresting Officer / Signature / Rank

6. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the **12** day of **August**, 2004, at (time) **2:01** (am/**pm**)

7. Tonya A. Jinright COI                          Erik Rozell 209189
   Serving Officer / Signature / Rank              Inmate's Signature / AIS Number

8. Witnesses desired?   (NO) Refused to Sign        YES _____
                        Inmate's Signature              Inmate's Signature

9. If yes, list: _____

10. Hearing Date **8-18-04**   Time **9:10 AM**   Place **Shift Commander Office**

11. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

12. A finding is made that inmate (**is** / is not) capable of representing himself.

                                    Signature / Hearing Officer

13. Plea **Erik Rozell**       (Not Guilty)                    _____ Guilty

14. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

                                    Signature / Hearing Officer

15. Arresting Officer's testimony (at the hearing): On August 12, 2004, at approximately 9:10 AM at Staton Correctional Center, Inmate Erik Rozell, AIS-209189, assaulted Inmate Lee Boswell, AIS-179871. Inmate Rozell admitted to Lt. Willie Copeland that Inmate Rozell did hit Inmate Boswell when Inmate Boswell bumped into Inmate Rozell. Inmate Rozell did strike Inmate Boswell with Inmate Rozell's closed hand. Inmate Rozell aggression caused Inmate Boswell to fear bodily harm.

Annex C to AR 403 ( Page 1 of 3 pages )

16. Inmate's Testimony: Inmate [E]k Rozell, AIS#-209189, had no written statement nor did Inmate Rozell make a verbal statement to the Hearing Officer.

Witness: N/A                                                    Substance of Testimony: N/A

Witness: N/A                                                    Substance of Testimony:

Witness: N/A                                                    Substance of Testimony: N/A

17. The Inmate was allowed to submit written question to all witnesses.

_____
Signature / Hearing Officer

18. The Following witnesses were not called    -    reason not called
    1. N/A                                          N/A
    2.
    3.

19. **After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)**
    The Hearing Officer finds that on, August 12, 2004 at approximately 9:10AM, at Staton Correction Center, Inmate Erik Rozell AIS#209189, did willfully attempt to inflict injury upon Inmate Lee Boswell, AIS#-179871, by hitting Inmate Boswell. The HO finds that Inmate Rozell gave Inmate Boswell reason to fear or expect bodily harm. The HO further finds the victim did not sustain injuries that are reflected on the body chart. Therefore Inmate Rozell, AIS#-209189, is guilty of RV#29-Assault on Another Inmate.

20. **Basis for Finding of Fact:** The finding is based on the testimony of Lieutenant Willie Copeland, arresting officer, who stated under oath, that Inmate Erik Rozell, AIS#-209189, admitted to Lt. Copeland that Inmate Rozell did hit Inmate Boswell. Inmate Rozell stated to HO, that Inmate Rozell did not request witness. Inmate Rozell did not produce evidence to refute the charge. Therefore, the HO finds Inmate Erik Rozell, AIS#- 209189, guilty of RV#31.

21. Hearing Officer's Decision:        XX    **Guilty**            XX    **Major**
                                              Not Guilty                  Minor

22. Recommendation of Hearing Officer: The HO recommends 45-days loss of all privileges to include canteen phone, and visitation. - Refer to classification for reclass.

_____
Signature / Hearing Officer
Sergeant Sharon Rogers
Typed Name and Title

23. Warden's Action - Date  8-19-04
    Approved
    Disapproved ___ W. Thomas
    Other (specify) due process violation inmate served twice did not give him

24. Reason if more then 30 calendar days delay in action. opportunity to list witnesses

25. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on this the ___23___ day of _August_ 2004, at (time) 5:02 (am/pm)

_____            Erik Rozell  209189
Signature / Serving Officer / Title           Inmate's Signature and AIS Number

Annex C of AR 403 (page 2 of 3 pages)