IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIK ROZELL, #209189, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV – 2:05-CV-510 – A |
| LT. WILLIE COPELAND, et al., | ) ) ) |
| `Defendants, | ) ) |

## AFFIDAVIT

**State of Alabama** :

**Elmore County** :

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at large, personally appeared Jerry Richards, who being known to me and being by me first duly sworn, deposed and says on oath as follows:

My name is Jerry Richards. I am presently employed as a Correctional Officer I with the Alabama Department of Corrections at Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

I have reviewed the complaint of Inmate Erik Rozell and this is my response to his complaint.

In this civil action, Inmate Rozell makes no specific complaint against me, but I understand from reading his complaint that he claims that I stood by while he was physically assaulted and verbally abused by Lt. Copeland.

**EXHIBIT 3**

Inmate Erik Rozell and Inmate Lee Boswell was involved in a physical altercation on August 12, 2004. Inmate Rozell and Inmate Boswell was escorted into the Shift Commanders Office by Officer James Dennis and Officer Reosha Butler. I restrained Inmate Rozell in the Shift Commanders Office. I also escorted Inmate Rozell to the Health Care Unit for a body chart.

To my knowledge, the above-related facts are the entirety of my involvement with Inmate Rozell concerning the allegations on which his complaint is based.

I deny that I have violated any well-established civil rights of Inmate Rozell.

_____
JERRY RICHARDS

SWORN TO and SUBSCRIBED before me this __11th__ day of August 2005.

_____
NOTARY PUBLIC

__12/6/2008__
My Commission Expires: