IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERIK ROZELL, 209189,

    Plaintiff,

vs.

    CIVIL ACTION 2:05-CV-510-A

WARDEN WILLIE THOMAS, et al.,

    Defendants.

AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared Willie J. Thomas, who being known to me and being by me first duly sworn, deposes and says:

My name is Willie J. Thomas. I am currently employed with the Alabama Department of Corrections as a Warden III at Elmore Correctional Center in Elmore, Alabama. I am over twenty-one (21) years of age.

At the time inmate Rozell filed his original complaint, Civil Action 2:04-CV-829-F, I was the Warden III at Staton Correctional Facility in Elmore, Alabama. The incident upon which inmate Rozell's complaint was based occurred at Staton Correctional Facility.

In my response to inmate Rozell's original complaint, I stated that he made no specific allegations against me, and my review of his complaint revealed he claimed all defendants conspired against him. I also said he was involved in a physical altercation with inmate Lee Boswell on August 12, 2004. Inmate Rozell was issued a disciplinary for "Assault on Another Inmate" as a result of that altercation. I disapproved the



EXHIBIT 4

Affidavit – Willie J. Thomas
Rozell v. Thomas, et al.
Page Two

disciplinary due to a due process violation. Additionally, the Investigation and Intelligence Division of the Alabama Department of Corrections conducted an extensive investigation into the altercation. The results of their investigation concluded there was no validity to inmate Rozell's allegations against Lt. Copeland.

I have reviewed inmate Rozell's complaint in Civil Action No. 2:05-CV-510-A. My response to that complaint is the same as my response to his original complaint.

I deny that I have violated inmate Erik Rozell's constitutional civil rights.

_____
WILLIE J. THOMAS

STATE OF ALABAMA:

COUNTY OF ELMORE:

Sworn to and subscribed before me and given under my hand and official seal on this the _1st_ day of August, 2005.

_____
NOTARY PUBLIC

My Commission expires February 3, 2007