IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

ERIK ROZELL,                    )
                                )
    Plaintiff,              )
                                )
v.                              )
                                )   CV2:05 CV 510
                                )
WILLIE THOMAS, et al.,          )
                                )
    Defendants              )

## AFFIDAVIT

**State of Alabama**    :

**Elmore County**       :

    Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at large, personally appeared William Hughes, who being know to me and being by me first duly sworn, deposes and says on oath as follows:

    My name is William Hughes. I am presently employed as a Correctional Officer I with the Alabama Department of Corrections at Staton Corrections Facility, P.O. Box 56, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

    I have reviewed the complaint of inmate Erik Rozell and this is my response to his complaint.

    In this civil action, I understand from reading inmate Rozell complaint that he claims that I conspired with other defendants to bring false disciplinary charges against inmate Rozell to have him transferred. I received this civil action on or about July 1, 2005.

EXHIBIT 5

Officer William Hughes was assigned duty as a Staton Second Shift Institutional Rover. On September 21, 2004 at approximately 2:10 PM, a reliable confidential informant reported to Officer Hughes that Inmate Erik Rozell, WM/209189, had made a verbal threat to do bodily harm to Lt. Willie Copeland. The informant had proven reliable in the past and had first hand knowledge regarding the threat. The confidential informant reported Inmate Rozell stated he would run a piece of steel through Lieutenant Copeland's head. Officer Hughes reported the incident to Lieutenant Browning, Second Shift Supervisor. Lieutenant Browning apprised Warden Forniss of the incident and the decision was made to place Inmate Rozell in the Holding Tank. Inmate Rozell was given a disciplinary by Officer Hughes for a Rule Violation #44 – Threats and found guilty by Sergeant Jenkins at the disciplinary hearing. The Hearing Officer (Sergeant Jenkins) made the recommendation to Classification for a custody review and transfer. Disciplinary was approved by Captain Robert Sanford.

To my knowledge, the above-related facts are the entirety of my involvement with Inmate Rozell concerning the allegations on which his complaint is based.

I deny that I have violated any well-established civil rights of Inmate Rozell.

_____
WILLIAM HUGHES

SWORN TO and SUBSCRIBED before me this _14_ day of July 2005.

_____
NOTARY PUBLIC

_____
My Commission Expires: