IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ERIK ROZELL            ) | |
| )             | |
| Plaintiff,            ) | |
| )             | |
| v.            ) | CV 2:05 CV 510 |
| )             | |
| WILLIE THOMAS            ) | |
| )             | |
| Defendants,            ) | |

### AFFIDAVIT

**State of Alabama** :

**Elmore County** :

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Annie Latimore, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Annie Latimore. I hereby certify and affirm that I am the Alternate Custodian of Records at Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025. I am over twenty-one years of age and am competent to testify to the matters stated herein.

The attached *State of Alabama Board of Corrections Institutional Incident* number SCF-04-0950 consisting of six pages and the *Alabama Department of Corrections Disciplinary Report* number SCF-04-0950 consisting of three pages are true, exact and correct photocopies of documents maintained here in the institutional files.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at Staton Correctional Facility and that said documents and



EXHIBIT 6

entries therein were made at or reasonably near the time that such acts, events and transactions referred to therein are said to have occurred.

ANNIE LATIMORE

SWORN TO and SUBSCRIBED before me this 14 day of July 2005.

NOTARY PUBLIC

4/1/2006

My Commission Expires:

N601
DofC
DOC No.601
(Rev.4/81)

STATE OF ALABAMA
BOARD OF CORRECTIONS
INSTITUTIONAL INCIDENT REPORT

| 1. Institution: STATON CF | 2. Date: 09-21-04 | 3. Time: 2:10 PM | 4. Incident Number: SCC-04-0950 |
|---|---|---|---|
| 5. Location Where Incident Occurred: Sidewalk by wt. pile, C/D Dorms | | 6. Type of Incident: Threats | |
| 7. Time Incident Reported: 2:15 PM | | 8. Who Received Report: LT. EDDIE BROWNING | |

9. Victim: a. None (Type Full Name)   No. ___
b. ___ (Type Full Name)   No. ___

10. Suspects:
a. Erik Rozell    No. WM/209189
b. ___    No. ___
c. ___    No. ___
d. ___    No. ___
e. ___    No. ___

11. Witness:
a. None    No. ___
b. ___    No. ___
c. ___    No. ___
d. ___    No. ___
e. ___    No. ___
f. ___    No. ___
g. ___    No. ___

**Physical Evidence:**
12. Type of Evidence: None
13. Description of Evidence: None

14. Chain of Evidence:
a. None
b. ___
c. ___
d. ___

15. Narrative Summary:

On September 21, 2004, Officer William Hughes was assigned duty as a Staton Second Shift Institutional Rover. At approximately 2:10 p.m., a reliable confidential informant reported Inmate Erik Rozell, WM/209189, had made a verbal threat to do bodily harm to Lt. Willie Copeland. The above mentioned informant has proven reliable in the past and had first hand knowledge regarding the above listed incident. The confidential informant reported Inmate Rozell stated he would run a piece of steel through Lt. Copeland's head tomorrow morning. At approximately 2:15 p.m., Lt. Eddie Browning, Staton Second Shift Commander, was apprised regarding the above listed incident. Lt. Browning apprised Warden Leon Forniss regarding the above listed incident. Warden Forniss agreed with Lt. Browning's recommendation to put Inmate Rozell in the Holding Tank. Officer William Hughes collected/inventoried the personal property belonging to Inmate Rozell. Officer Hughes escorted Inmate Rozell to the Staton Health Care Unit for medical examination. Officer Hughes served a Detention Notification on Inmate Rozell. Officer Hughes conducted a Cell Checklist on the Holding Tank. Officer Hughes initiated disciplinary action against Inmate Rozell for a violation of Rule #44/Threats. Officer Hughes, on September 21, 2004, took no further action

DISTRIBUTION:   ORIGINAL Investigation and Inspection Division
COPY to Deputy Commissioner, Institutions
COPY to Institutional File
COPY to Central Records File

D of C - N 602

| CONTINUATION SHEET ||
|---|---|
| Institution:<br>**Staton Correctional Facility** | Incident Number:<br>SCC-04- 0950 |
| Date:<br>**9-21-04** | Type of Incident:<br>**Threats** |

Narrative Summary (Continued) Page No. 2

in regard to the aforementioned incident. See attached copy of the Detention Notification/Property Inventory Sheet/Body Chart/Cell Checklist.

*[Signed]* William Hughes — COI
WILLIAM HUGHES, COI

STATON CORRECTIOAL FACILITY
INMATE DETENTION NOTIFICATION

FROM: Lt. Eddie Browning, 2nd Shift    TEAM LEADER

TO: INMATE Erik Rozell    AIS# WM/209189    DOB: 4/5/80

REF: **ADMINISTRATIVE SEGREGATION**

You are placed in Administrative Segregation for:

Investigation; pending disciplinary action for a violation of Rule #44/ Threats

Circumstances are as follows (be specific):

On 9-21-04, at approximately 3:00PM, Inmate Rozell, allegedly, made verbal threats against Lt. Willie Copeland. Several inmates reported hearing Inmate Rozell make threatening remarks against Lt. Copeland.

This is authorized by Warden Leon Forniss this 21 day of September 2004
Your confinement in Segregation is for a period of not more than seventy-two (72) hours. Prior to 72 hours confinement, you will be released, served a PR (Progress Review), disciplinary notice or extended. Extensions must be authorized by the Assistant Warden for further investigation time when justified. The 72 hour confinement excludes weekends and holidays. You may also be confined in Segregation by order of I & I for investigation, criminal prosecution, etc.
While in Administrative Segregation, you will be seen by the Shift Supervisor, a nurse, and officer's daily. You will be seen by a medical doctor upon request from the nurse. You **will not** be permitted television (**No exceptions**) personal newspapers, books, or magazines. You will be given a verbal and written orientation concerning policy and procedures of the Segregation Unit at the time you enter the Unit. You will be provided a healthy environment and personal hygiene items (soap, towel, comb, toothbrush and face cloth). You are not allowed to keep personal items. Clothing and bedding will be issued by the Segregation Unit. Reading materials allowed are one (1) religious book, one (1) additional book or magazine from the Institutional Library and one (1) Alcohol Anonymous and/or Narcotic Anonymous book. You may receive one (1) visit per month by person(s) on your approved visiting list. Request for visits must be sent to the Assistant Warden. You will be permitted one (1) phone call per month by request to the Assistance Warden. Canteen privileges will be authorized on a limited basis. Your signature below indicates that you have collected and secured all of your property from population, and acknowledge receipt of the detention notice

INMATE SIGNATURE Erik Rozell    AIS # 209189
DATE: 9-21-04    TIME: 4:20 PM
WITNESS: [signature] COI

* Inmate's property has been collected and placed into the custody of the Segregation Unit.


PHS
PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY _San_ | | |
|---|---|---|---|---|
| 9/21/04 | 1700 PM | ☐ SIR  ☐ PDL  ☐ ESCAPEE  ☐ _____ | ☐ SICK CALL  ☐ EMERGENCY  ☒ OUTPATIENT | |
| ALLERGIES: NKA | | CONDITION ON ADMISSION: ☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA | | |
| VITAL SIGNS: TEMP 98.3 ORAL/RECTAL | RESP. 20 | PULSE 92 | B/P 142/18 | RECHECK IF SYSTOLIC <100> 50 |

**NATURE OF INJURY OR ILLNESS**

S - Body chart per DOC
request re: threatening
DOC officials

**ABRASION ///    CONTUSION #    BURN xx/xx    FRACTURE Z/Z    LACERATION / _____ SUTURES**

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O - A&Ox3  ∅ physical injuries
to person & complaints noted

A - Body chart

P - Return to DOC officer

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | ☒ DOC  ☐ AMBULANCE  ☐ | CONDITION ON DISCHARGE: ☐ SATISFACTORY ☐ POOR  ☐ FAIR ☐ CRITICAL |
|---|---|---|---|---|
| 9/21/04 | 1705 PM | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
| NURSE'S SIGNATURE | DATE 9/21/04 | | | |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Rozell, Erik | 209189 | 4/9/80 | w/m | |

PHS-MD-70007    (White – Record Copy, Yellow – Pharmacy Copy)

INSTITUTION: STATON

INMATE: Erik Rozell w/209189   DATE: 9/21/04

| | | | | |
|---|---|---|---|---|
| 1 | 1. BIBLE (1) | 0 | 9. | TENNIS SHOES - WHITE (1 pr.) |
| 0 | 2. STATIONARY/STAMPS | 1 | 10. | SHOWER SHOES (1 pr.) |
| 1 | 3. PENCIL (1) | 0 | 11. | RELIGIOUS NECKLACE (1) - $25.00 VALUE OR LESS |
| 7 | 4. SOCKS - WHITE (6 pr.) | 0 | 12. | WALLET (1) |
| 2/3 | 5. UNDERSHIRTS/UNDERWEAR - WHITE (6) | 0 | 13. | WRIST WATCH (1) - $25.00 VALUE OR LESS |
| 0 | 6. HANDKERCHIEFS (6) | 0 | 14. | WEDDING BAND (1) - $50.00 VALUE OR LESS |
| YES | 7. TOILET ARTICLES - CLEAR, NON-GLASS CONTAINERS | 0 | 15. | RADIO — EARPHONES (1 ea.) - PURCHASED FROM CANTEEN |
| 1 | 8. LEGAL PAPERS | 0 | 16. | BOOKS (3) - RELIGIOUS, LEGAL OR EDUCATIONAL (APPROVAL BY WARDEN REQUIRED) |

**DECLARATION OF VALUE**

I UNDERSTAND THAT RELIGIOUS NECKLACES OR WRIST WATCHES VALUED AT MORE THAN $25.00, AND WEDDING BANDS VALUED AT MORE THAN $50.00 ARE UNAUTHORIZED AND MUST BE SENT HOME AT MY EXPENSE WITHIN THIRTY (30) DAYS OR IT WILL BE DONATED TO CHARITY OR DESTROYED. I HEREBY DECLARE THE VALUE OF MY PERSONAL PROPERTY TO BE:

RELIGIOUS NECKLACE $ N/A   WRIST WATCH $ N/A   WEDDING BAND $ N/A

N/A _____   N/A _____
(INMATE SIGNATURE)                    (WITNESS)

**PROPERTY STORED IN THE RECEIVING AREA:**

YOU HAVE THIRTY (30) CALENDAR DAYS FROM THE ABOVE DATE TO DISPOSE OF THE FOLLOWING ITEMS. YOU MAY SEND THE BELOW ITEMS HOME BY VISITORS, MAIL THE ITEMS HOME AT YOUR EXPENSE, OR DONATE THE ITEMS TO CHARITY. IF THESE ITEMS ARE NOT REMOVED IN THIRTY (30) DAYS, THEY WILL BE DESTROYED. BELOW ARE THE ITEMS YOU ARE NOT AUTHORIZED TO KEEP.

1-FWA Boot size 13/Black in color / 1-Leather Belt /
1-Long Johns top & Bottom / 1-shorts / 1-deodorant /
1-toothpaste / 1-toothbrush / 1-toothbrush holder /
1-Shaving Cream / 4-Razors / 1-Shampoo / 1-Cup /

Erik Rozell 209189 _____   _____ COI
(INMATE SIGNATURE)                                          (WITNESS)

(See reverse side for instructions)

N795
Rev. 6/9/83

STATON CORRECTIONAL FACILITY
CELL BLOCK INSPECTION SHEET

TIME: 4:30 PM         DATE: 9-21-04

INMATE: Erik Rozell         AIS #: 209189         CELL #: 5 (TANK)

INSPECTING OFFICERS'S SIGNATURE: _Mullins_ COI

WALLS: OK

FLOORS: OK

BED: OK

COMMODE: OK

LAVATORY: OK

OTHER ITEMS: N/A

I certify that my cell #5 TANK has been inspected by Officer M. Hug'05 on the 21 day of September 2004, and the above noted defects were found. I am responsible for keeping my cell in the same condition outlined.

Erik Rozell 209189
INMATE'S SIGNATURE

I certify that I have explained the rules and regulations to the above named inmate and have completely searched the cell for any contraband and there was no contraband found on this date:

9-21-04;  4:30 PM
DATE AND TIME CELL WAS SEARCHED

_Mullins_ COI
Officer's Signature

| Qty | Item | Qty | Item |
|---|---|---|---|
| 1 | Blanket | 1 | Toothbrush |
| 2 | Sheets | 1 | Tube of Toothpaste |
| 2 | Pair Socks | 1 | Comb |
| 1 | Pair of Shoes | 1 | Wash Cloth |
| 2 | Under Shorts | 1 | Bar of Soap |
| 2 | Under Shirt | 1 | Towel |
| 0 | Pillow | 1 | Shirt |
| 1 | Pillow Case | 1 | Pants |
| 1 | Mattress | 0 | Jacket (weather detates) |

Issuing Officer: _Mullins_ COI

Processing Officer: _Mullins_ COI

ALDOC Form 225B

# ALABAMA DEPARTMENT OF CORRECTIONS
## DISCIPLINARY REPORT

SCC: 04-0950

1. INMATE: __ERIK ROZELL__    CUSTODY: __MEDIUM__    AIS NO.: __W/209189__

2. FACILITY: __Staton Correctional Facility__

3. The above named inmate is being charged by __William Hughes, COI__ with violation of rule __#44__ specifically __Threats__ from regulation # __403,__ which occurred on or about __September 21__, 2004 at (time) __3:00__ (PM), Location: __Sidewalk by weight pile, D-Dormitory.__ A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: __On 9-21-04, at approximately 2:10 p.m., Inmate Erik Rozell, WM/209189, verbally threatened to do bodily harm to Lt. Willie Copeland. Inmate Rozell stated he would run a piece of steel through Lt. Copeland's head tomorrow morning. The above information was received from a confidential informant who has proven reliable in the past and had first hand knowledge regarding the comment made by Inmate Rozell..__

__9-23-04__                                    _[signature]_ COI
Date                                         Arresting Officer / Signature / Rank

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of his/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the __23__ day of __September__, 2004, at (time) __9:19__ AM/PM

__Sgt. Richard Gowel, CO II__     __Refused to Sign (Sgt. Richard Gowel)__
Serving Officer / Signature / Rank        Inmate's Signature / AIS Number

6. Witnesses desired?  (NO) __Refused to Sign (Sgt. Richard Gowel)__   YES _____
                         Inmate's Signature                Inmate's Signature

7. If yes, list: _____

8. Hearing Date __9-30-04__   Time __7:30 p.m.__   Place __Staton Shift Office__

9. Inmate must be present in Hearing Room. If he is not present explain in detail on additional page and attach.

10. A finding is made that inmate (is / is not) capable of representing himself.
                                    _[signature]_
                                    Signature / Hearing Officer

11. Plea: __Erik Rozell 209189__ (Not Guilty) _____ Guilty

12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.
                                    _[signature]_
                                    Signature / Hearing Officer

13. Arresting Officer's testimony (at the hearing): __On 9-21-04, at approximately 2:10 p.m., Inmate Erik Rozell, WM/209189, verbally threatened to do bodily harm to Lt. Willie Copeland. Inmate Rozell stated he would run a piece of steel through Lt. Copeland's head tomorrow morning. The above information was received from a confidential informant who has proven reliable in the past and had first-hand knowledge regarding the comment made by Inmate Rozell.__

14. Inmate's Testimony: <u>I came to the Shift Office trying to get to Hall #1. Lt. Browning sent me to Hall #1. Officer Oakman wouldn't let me on Hall #1. Lt. Browning came in the Commons Area and told me to go to my dorm. Five minutes later, I was called back to the Shift Office and was told that I was going to Lock-Up under investigation for threats against Lt. Willie Copeland.</u>

Witness: _____  Substance of Testimony: _____

Witness: _____  Substance of Testimony: _____

Witness: _____  Substance of Testimony: _____

15. The Inmate was allowed to submit written questions to all witnesses. Copy of questions and answers are attached.

    Signature / Hearing Officer

16. The Following witnesses were not called    -    reason not called
    1. _____    _____
    2. _____    _____
    3. _____    _____

17. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
    The Hearing Officer finds that: <u>The Hearing Officer finds that on 9-21-04, at approx. 2:10 p.m., Inmate Rozell verbally threatened to do bodily harm to Lt. Willie Copeland. Inmate Rozell stated he would run a piece of steel through Lt. Copeland's head tomorrow morning. The above information was rec'vd from confidential informant who has proven reliable in the past and had first-hand knowledge regarding the comment made by Inmate Rozell. This action places Inmate Rozell in violation of Rule #44/Threats.</u>

18. Basis for Finding of Fact: <u>Based on the testimony of Officer Hughes and the lack of evidence presented by Inmate Rozell to prove otherwise.</u>

19. Hearing Officer's Decision:    __X__ Guilty           __X__ Major
                                   _____ Not Guilty       _____ Minor

20. Recommendation of Hearing Officer: <u>Disciplinary segregation x 21 days, loss of all privileges x 60 days, refer to classification for review and transfer. Sanctions to run consecutive with any others imposed.</u>

    Signature / Hearing Officer
    <u>Sgt. C.T. Jenkins</u>
    Typed Name and Title

21. Warden's Action - Date  <u>10-14-04</u>
    Approved  <u>Robert Sanford Capt</u>
    Disapproved _____
    Other (specify) _____

22. Reason if more then 30 calendar days delay in action. _____

23. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above Named inmate on this the <u>14</u> day of <u>October</u>, 200<u>4</u>, at (time) <u>4:47</u> (am/pm)
    <u>Richard Gowel, COII</u>            <u>Refused to Sgn Sgt. Richard Gowel</u>
    Signature / Serving Officer / Title   Inmate's Signature and AIS Number
                                          Annex C of AR 403 (page 2 of 3 pages)

STATON CORRECTIOAL FACILITY
INMATE DETENTION NOTIFICATION

FROM: **Lt. Eddie Browning, 2nd Shift** TEAM LEADER

TO: INMATE **Erik Rozell** AIS# **WM/209189** DOB: **4/9/80**

REF: **ADMINISTRATIVE SEGREGATION**

You are placed in Administrative Segregation for:

**Investigation; pending disciplinary action for a violation of Rule #41 threats**

Circumstances are as follows (be specific):

**On 9-21-04, at approximately 3:00PM, Inmate Rozell, allegedly, made verbal threats against Lt. Willie Copeland. Several inmates reported hearing Inmate Rozell make threatening remarks against Lt. Copeland.**

This is authorized by **Warden Leon Forniss** this **21** day of **September 2004**
Your confinement in Segregation is for a period of not more than seventy-two (72) hours. Prior to 72 hours confinement, you will be released, served a PR (Progress Review), disciplinary notice or extended. Extensions must be authorized by the Assistant Warden for further investigation time when justified. The 72 hour confinement excludes weekends and holidays. You may also be confined in Segregation by order of I & I for investigation, criminal prosecution, etc.
While in Administrative Segregation, you will be seen by the Shift Supervisor, a nurse, and officer's daily. You will be seen by a medical doctor upon request from the nurse. You **will not** be permitted television (**No exceptions**) personal newspapers, books, or magazines. You will be given a verbal and written orientation concerning policy and procedures of the Segregation Unit at the time you enter the Unit. You will be provided a healthy environment and personal hygiene items (soap, towel, comb, toothbrush and face cloth). You are not allowed to keep personal items. Clothing and bedding will be issued by the Segregation Unit. Reading materials allowed are one (1) religious book, one (1) additional book or magazine from the Institutional Library and one (1) Alcohol Anonymous and/or Narcotic Anonymous book. You may receive one (1) visit per month by person(s) on your approved visiting list. Request for visits must be sent to the Assistant Warden. You will be permitted one (1) phone call per month by request to the Assistance Warden. Canteen privileges will be authorized on a limited basis. Your signature below indicates that you have collected and secured all of your property from population, and acknowledge receipt of the detention notice

INMATE SIGNATURE **Erik Rozell** AIS # **209189**

DATE: **9-21-04** TIME: **4:20 PM**

WITNESS: **_____ COI**

* Inmate's property has been collected and placed into the custody of the Segregation Unit.