In The District Court of The United States
For The Middle District of Alabama
Northern Division

RECEIVED
SEP 1 2 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Erik Bozell, #209189,
    Plaintiff,
vs.
Willie Thomas, et al.,
    Defendants.

Civil Action Number:
2:05-cv-510-A

## Motion To Set For Trial

Now into court comes Erik Bozell, appearing by and through pro se representation, pursuant to the Sixth and Fourteenth Amendments of the United States Constitution and the Federal Rules of Civil Procedure, and respectfully requests this Honorable Court to set this matter for a jury trial at the earliest available date. In support of said motion, the plaintiff would state that he does not waive his rights to a jury trial and call witnesses or testify himself.

Respectfully submitted

Erik Bozell
Erik Bozell, #209189

14.

## Certificate of service

I hereby certify on this 8th day of September, 2005, I served a copy of the foregoing pleadings on the attorney for defendants, by placing the same in the W.C. Holman prison's mail box, with postage affixed and addressed as follows:

State of Alabama
Office of
Attorney General
11 South Union Street
Montgomery, Ala.
36130-0152

Erik Rozell, #209189
Holman Unit 3700
Atmore, Ala. 36503-3700

15.