IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIK ROZELL, #209189, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-510-A |
| | ) |
| WILLIE THOMAS, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to set case for trial filed by the plaintiff on September 12, 2005 (Court Doc. No. 15), and for good cause, it is

ORDERED that this motion be and is hereby DENIED at this time. The Clerk is hereby DIRECTED to enter this document on the docket as a demand for jury trial.

Done, this 15th day of September, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE