IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIK ROZELL #209189 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:05-V-510-F |
| | ) |
| WILLIE THOMAS et. al. | ) |
| | ) |
| Defendants. | ) |

## AMENDED ANSWER

Come now the Defendants Willie Thomas, William Hughes, Willie Copeland and Jerry Richards, by and through the Office of the Attorney General – State of Alabama, and in accordance with this Honorable Court's Order dated September 15, 2005 and hereby submit the following Amended Answer. The Defendants hereby reassert and incorporate by reference all of the arguments and defenses submitted in the Answer filed on August 29, 2005 as if fully made herein.

                Respectfully submitted,
                TROY KING (KIN 047)
                ATTORNEY GENERAL
                BY:

                s/LaVette Lyas-Brown
                LAVETTE LYAS-BROWN (LYA 001)
                ASSISTANT ATTORNEY GENERAL
                COUNSEL FOR THE DEFENDANTS

ADDRESS OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery AL  36130
334-242-7443
334-242-2433 (Fax)

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 7th day of October, 2005, that I have electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and that I served a true and correct copy of the foregoing has been forwarded by U.S. First Class Mail, postage prepaid and properly addressed to:

Erik Rozell # 209189
Holman Correctional Facility
Holman 3700
Atmore, AL 36503-3700

s/LaVette Lyas-Brown
LAVETTE LYAS-BROWN
ASSISTANT ATTORNEY GENERAL