IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ERIK ROZELL, #209189                    )
                                        )
          Plaintiff,                    )
                                        )
     v.                                 )        CV-2:05 –CV-510 – A
                                        )
LT. WILLIE COPELAND, et al.,            )
                                        )
          Defendants,                   )

### A F F I D A V I T

**State of Alabama     :**

**Elmore County     :**

     Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at large, personally appeared Willie Thomas, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

     My name is Willie Thomas.  I am presently employed as a Correctional Warden III with the Alabama Department of Corrections at Elmore Correctional Facility, P.O. Box 8, Elmore, Alabama 36025.  I am over twenty-one years of age and have personal knowledge of the facts set forth below.

     I have reviewed the complaint of Inmate Erik Rozell and this is my response to his complaint.

     In this civil action, Inmate Rozell makes no specific complaint against me, but I understand from reading his complaint that he claims that all defendants conspired against him.  I received this civil action on or about September 2, 2004.

PENGAD Bayonne N J

EXHIBIT

7

Inmate Erik Rozell and Inmate Lee Boswell was involved in a physical altercation on August 12, 2004, where Inmate Rozell received a disciplinary for 'Assault on Another Inmate'. The result of the disciplinary was disapproved by me due to a 'due process violation'. In addition, there was an extensive investigation conducted by the Alabama Department of Corrections Inspections and Intelligence Division, which concluded there was no validity to Inmate Rozell allegations against Lt. Copeland.

Sgt. Mary Lee was never an issue in the initial complaint nor was she ever mentioned in any of the allegations.

To my knowledge, the above-related facts are the entirety of my involvement with Inmate Rozell concerning the allegations on which his complaint is based.

I deny that I have violated any well-established civil rights of Inmate Rozell.

_____
WILLIE THOMAS

SWORN TO and SUBSCRIBED before me this 26 day of September 2005.

_____
NOTARY PUBLIC

_____
My Commission Expires: