IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIK ROZELL, #209189, | ) |
| Plaintiff, | ) |
| v. | ) CV – 2:05-CV-510– A |
| LT. WILLIE COPELAND, et al., | ) |
| `Defendants, | ) |

## AFFIDAVIT

**State of Alabama**  :

**Elmore County**  :

Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Willie Copeland, who being known to me and being by me first duly sworn, deposed and says on oath as follows:

My name is Willie Copeland. I am presently employed as a Correctional Officer Supervisor I with the Alabama Department of Corrections at Staton Correctional Facility, P.O. Box 56, Elmore, Alabama 36025. I am over twenty-one years of age and have personal knowledge of the facts set forth below.

I have reviewed the complaint of Inmate Erik Rozell and this is my response to his complaint.

In this civil action, Inmate Rozell alleges that he was physically assaulted and verbally abused by me.

Inmate Erik Rozell and Inmate Lee Boswell was involved in a physical altercation on August 12, 2004. Inmate Rozell and Inmate Boswell was brought into the Shift



EXHIBIT 8

Commanders Office by Officer James Dennis and Officer Reosha Butler. Inmate Rozell and Inmate Boswell was counseled by Lt. Copeland and given the opportunity to sign a Living Agreement. Inmate Rozell refused to sign the living agreement. Inmate Rozell was issued a disciplinary for Assault on Another Inmate. The disciplinary was disapproved by the Warden due to a 'due process violation'. In addition, there was an extensive investigation conducted by the Alabama Department of Corrections Inspections and Intelligence Division, which concluded there was no validity to Inmate Rozell's allegations against Lt. Copeland.

I have no knowledge of the allegations being made by Inmate Rozell about Sgt, Mary Lee.

To my knowledge, the above-related facts are the entirety of my involvement with Inmate Rozell concerning the allegations on which his complaint is based.

I deny that I have violated any well-established civil rights of Inmate Rozell.

_Willie Copeland_
WILLIE COPELAND

SWORN TO and SUBSCRIBED before me this _____ day of September 2005.

_Annie Latimore_
NOTARY PUBLIC

12/06/2008
My Commission Expires: