In The United States District Court For The
Middle District of Alabama
Northern Division

Erik Bozell,
#209189,
   Plaintiff,

v.s.

Willie Thomas et. al.,
   Defendants.

Civil Action no.:
2:05-V-510-F

Statement of Objections And
Argument In Opposition To Defendants
Supplemental Report And Answer

Now into court comes Erik Bozell, the plaintiff by and through pro se representation, and in accordance with this Honorable court's order dated September 15, 2005 and hereby submit the following statement of objections and argument in opposition to the defendants supplemental report and answer. The plaintiff hereby reassert and incorporate by reference all of the facts, arguments and defense's submitted in plaintiffs' amended complaint previously filed. The plaintiff states in opposition as follows:

1.

## Specific objections

1. The plaintiff asserts in opposition that the defendants have clearly failed to follow this court's order dated september 15, 2005 because of the following reasons:

a) specifically, the defendants erred when they failed to interview all additional witnesses, including the plaintiff.

b) specifically, the defendants erred when they failed to obtain sworn statements of all additional witnesses having knowledge of the subject matter of plaintiff's amendment to the complaint.

c) specifically, the defendants erred when they failed to furnish copies of sworn statements of inmate Boswell, sgt. Lee and alleged reliable informant, contrary to this court's order.

d) specifically, the defendants also erred when they failed to properly inform this court that plaintiff's witness inmate Zavius Averette also has civil action pending against Lt. Copeland because like plaintiff he was also beat up by Lt. Copeland and unlawfully transferred to Donaldson correctional facility

2.

better known as west Jefferson.

E) Specifically, the defendants further erred when they submitted false and misleading allegations that ~~that~~ the plaintiff claims that Defendant Copeland subjected him to excessive force because the inmate was attracted to Sgt. Lee who worked at the prison and masturbated when he saw her.

## Argument

Plaintiff alleges that the defendants amended response was improperly and unreasonably entered contrary and in violation of this court's order dated September 15, 2005 because respondents or defendants failed to follow the requirements contained therein. See court's order dated September 15, 2005. The plaintiff hereby maintains, reasserts and incorporates by reference all of the unrefuted facts, arguments and defenses submitted in his amended complaint previously filed.

The plaintiff states facts which if true entitles him to a trial and all relief sought in his complaints. Therefore, based on all the above stated reasons the defendants amended answer and report, however, are due to be stricken from the record based on non-compliance with this court's order

3.

dated September 15, 2005 and this cause be set on docket for trial so that plaintiff can exercise his rights to call and examine or cross examine witnesses necessary and relevant to prove his claims, and or consolidate this case with other similar complaints, whether pending in this court or elsewhere and be considered together.

### Conclusion

Wherefore, the plaintiff requests that this court order the defendants supplemental amended answer and report be stricken from the record and set this cause down for trial. Further, plaintiff requests that this court order this case to be consolidated with other similar complaints pending in this court or elsewhere for consolidated consideration on the merits. Plaintiff further requests appointment of counsel.

Respectfully submitted
Erik Bozell
Erik Bozell, # 209189
Holman Unit 3700
Atmore, Ala. 36503-3700

4.

## Certificate of Service

I hereby certify on this 12th day of September, 2005, I served a copy of the foregoing pleading on the attorney for defendants, by placing the same in the W.C. Holman prison's mail box, with postage affixed and addressed as follows:

State of Alabama
Office of
Attorney General
11 South Union Street
Montgomery, Alabama
36130-0152

*Erik Rozell*
Erik Rozell, #209189
Holman unit 3700
Atmore, Ala.
36503-3700

5.