2:05-510

I. Motion To Dismiss
II. Civil Action No.: 2:05-v [stamp: 06 AUG 23 FA 10:52] filed 2005 in U.S. District Court for the Middle District of Alabama Northern Division
III. XXX

Now comes the PLAINTIFF, ERIK ROZELL, persuant to the above motion TO HAVE DISMISSED the Civil Action filed AS ABOVE.

As A result of reconsideration after being transferred to a LEVEL-4 facility which was the object of THE ORIGINAL REQUEST BEFORE THE COURT, I HEREBY REQUEST THAT THE COURT, HAVING Jurisdiction and authority in this matter consider THIS matter resolved AS OF THIS date.

08-20-06

PLAINTIFF:
ERIK ROZELL
*Erik Rozell

* DEFENDANT(S):
Willie Thomas, ET. AL.