IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| ERIK ROZELL, #209189, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-510-MEF |
| | ) | |
| WILLIE THOMAS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

There being no objections filed to the  Recommendation of the Magistrate Judge

entered on August 25, 2006 (Doc. #25), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that:

1.  The plaintiff's motion to dismiss is GRANTED.

2.  This case is DISMISSED without prejudice.

3.  No costs are taxed in this case.

DONE this the 19th day of September, 2006.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE