IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ERIK ROZELL, #209189, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-510-MEF |
| | ) |
| WILLIE THOMAS, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff and that this action is DISMISSED.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 19th day of September, 2006.

                                                   /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE